IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHAUNTAY PARRISH, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-23-0342 |
| EGYPT LEITHMAN, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff Shauntay Parrish filed a Complaint against Defendants Egypt Leithman and DCN Holdings, Inc. d/b/a Accounts Receivable ("DCN"). (ECF No. 1.) Leithman is proceeding *pro se* and a default has been entered against DCN. The Court previously issued an Order directing Parrish to show cause why her service to DCN should not be quashed, given that the summons and complaint were mailed to an incorrect address for DCN. (ECF No. 16.) Parrish responds that "[t]he Court rightly noted that the address that DCN currently has registered with the state of Florida is different that the address that the Plaintiff served" but that "the discrepancy is because DCN Holdings, Inc. changed its address with the state after the Plaintiff served it." (ECF No. 17.) Parrish indicates that she served DCN "several weeks" prior to its address change. (*Id.*)

The Court appreciates that Parrish apparently served DCN at the correct address, but given the preference to "resolve cases on the merits [and] to avoid procedural defaults whenever possible," *Lee v. Hagerstown Goodwill, Indus., Inc.*, No. CV RDB-16-1364, 2017 WL 1364755, at *2 (D. Md. Apr. 14, 2017), the Court will direct Parrish to serve DCN at its new address.

Accordingly, it is ORDERED that:

1. Parrish is DIRECTED to serve DCN Holdings, Inc., d/b/a Accounts Receivable with the summons and complaint at its updated address within 30 days of this Order; and

2. DCN is DIRECTED to file its answer or other responsive pleading within 21 days of being served.

DATED this __14__ day of November, 2023.

BY THE COURT:

James K. Bredar
Chief Judge